# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**77**
**CAF 14-02198**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

---

IN THE MATTER OF THOMAS W. MURTAUGH, JR.,
PETITIONER-RESPONDENT,

                V                         MEMORANDUM AND ORDER

ROSE M. GIBSON, RESPONDENT-APPELLANT.
------------------------------------------------
IN THE MATTER OF ROSE M. GIBSON,
PETITIONER-APPELLANT,

                V

THOMAS W. MURTAUGH, JR., RESPONDENT-RESPONDENT.
(APPEAL NO. 3.)

---

TRACY L. PUGLIESE, CLINTON, FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.

JOHN J. RASPANTE, UTICA, FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT.

PETER J. DIGIORGIO, JR., ATTORNEY FOR THE CHILDREN, UTICA.

---

Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered November 19, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted Thomas W. Murtaugh, Jr. sole custody of the parties' children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Gibson v Murtaugh* ([appeal No. 1] ___ AD3d ___ [Mar. 18, 2016]).

Entered: March 18, 2016                      Frances E. Cafarell
                                         Clerk of the Court